## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Steven Szabo
            Plaintiff,

v.                  Case No.: 1:15−cv−01874
                  Honorable Elaine E. Bucklo

Green Air Care Group, Inc., et al.
            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 1, 2015:

  MINUTE entry before the Honorable Elaine E. Bucklo: This case is dismissed without prejudice and without costs and fees pursuant to FRCP 41(a)(1)(a)(ii). Plaintiff given until 6/25/2015 to reinstate pursuant to the stipulation of dismissal. If plaintiff has not moved to reinstate before 6/25/2015, the dismissal of all his claims will automatically convert to be with prejudice. All pending dates and motions are terminated as moot. Civil case terminated. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.